USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

# LAW OFFICES OF JILL R. SHEL

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

This request is granted. Defendant Michelle Duenas' deadline to obtain approval of and a signature from the second financially responsible co-signer is extended to September 4, 2026.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 78.

Dated: August 28, 2026
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

August 27, 2026

**BY EMAIL AND ECF**
The Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**RE: *United States v. Michelle Duenas, 26 CR 326 (NSR)***

Dear Judge Román:

I represent Michelle Duenas in this matter. On August 14, 2026, the Honorable Judith C. McCarthy ordered Ms. Duenas released when she signed a $100,000 personal recognizance bond and required Ms. Duenas to obtain two financially responsible people as co-signers. One co-signer has been approved, and we are completing the paperwork. We are working with the second co-signer to collect the necessary documents for review by the Government. At this point, I respectfully request an additional week until September 4, 2026, for the second cosigner to be approved and sign the bond. The government consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/
Jill R. Shellow

cc: All counsel (by ECF)
Lauren Perez (by email)
Lisa Lee (by email)

Admitted: NY, CT, DC